**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ROY ANDERSON, and | ) | |
| SHARON ANDERSON, spouse | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 1:23-CV-00210-SNLJ |
| v. | ) | |
| | ) | |
| AMERICAN HONDA MOTOR CO., INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR TAXATION OF COSTS OF SERVICE TO BE ASSESSED**
**AGAINST DEFENDANT AMERICAN HONDA MOTOR CO., INC.**

COMES NOW plaintiffs Roy and Sharon Anderson ("Plaintiffs"), by and through their undersigned attorneys, and for their motion for taxation of costs of service to be assessed against defendant American Honda Motor Co., Inc. states as follows:

1.      On December 5, 2023, Plaintiffs' undersigned counsel emailed to defendant American Honda Motor Co., Inc. notice of a lawsuit and request to waive service of a summons form, copies of the request for waiver of service form and a copy of the complaint (Doc. 1) filed in this case. See attached **Exhibit 1**.

2.      The aforementioned waiver of service form was due to be executed and returned to the undersigned by January 4, 2024.

3.      On December 29, 2023, defendant American Honda Motor Co., Inc.'s attorney contacted the undersigned to let her know that it was American Honda Motor Co., Inc's standard operating procedure to not waive service on litigated matters.

4.      The aforementioned waiver of service form was not executed or delivered to the undersigned by January 4, 2024.

5.  Defendant American Honda Motor Co., Inc. was personally served on January 5, 2024, and the cost of service was $99.00. (Doc. 7). See also **Exhibit 2**.

6.  Plaintiffs' undersigned counsel has expended .9 hours at her hourly rate of $225.00/hour in the preparation and filing of this instant motion for a total of $202.50.

7.  Rule 4(d)(2) of the Federal Rules of Civil Procedure provides that:

> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court **must** impose on the defendant:
>
> (A) the expenses later incurred in making service; and
>
> (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

(emphasis added).

8.  In accordance with Rule 4 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request this Court to order defendant American Honda Motor Co., Inc. to pay the costs and attorneys fees as outlined herein.

9.  Judge Sippel of this District has previously sustained a similar request. See *Costello v. Feaman*, No. 4:10-CV-425-RWS, 2010 WL 2985660 (E.D. Mo. July 26, 2010).

WHEREFORE, plaintiffs Roy and Sharon Anderson request this honorable court grant their motion for taxation of costs of service to be assessed against defendant American Honda Motor Co., Inc. and for such other and further relief as the court may deem just and proper.

Respectfully submitted,

**THE DeFEO LAW FIRM**

/s/ *Erika V. Dopuch*
Daniel T. DeFeo, #35161
Erika V. Dopuch, #70031
4435 Main Street, Suite 880
Kansas City, MO 64111

Telephone: (816) 581-4600
Facsimile: (816) 581-4646
ddefeo@defeolaw.com
edopuch@defeolaw.com

And

THE WILBERS LAW FIRM, LLC
John L. Wilbers #51848
130 S. Bemiston, Suite 406
St. Louis, MO 63105
Telephone: (314) 721-3040
Facsimile: (314) 721-3052
jwilbers@thewilberslawfirm.com

*Attorneys for Plaintiffs*