IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROY M. ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:23-cv-210-SNLJ |
| v. | ) |
| AMERICAN HONDA MOTOR CO., INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On February 12, 2024, plaintiffs moved for an order requiring defendant to pay the costs of service of process in this matter [Doc. 9].  On February 26, 2024, plaintiffs moved to withdraw the motion [Doc. 11].  This matter was voluntarily dismissed without prejudice by plaintiffs on March 14, 2024.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion to withdraw [Doc.11] is GRANTED and plaintiffs' motion for costs of service [Doc. 9] is DENIED as moot.

Dated this 17th day of April, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1