UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROY M. ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00210-SNLJ |
| | ) |
| AMERICAN HONDA MOTOR CO, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Stipulation of Dismissal Without Prejudice filed by the parties (Doc. 30). A dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is effective upon filing and does not require judicial approval. *Adams v. USAA Casualty Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, this action is **DISMISSED** without prejudice by stipulation of the parties and the Clerk of Court is **DIRECTED** to close the case.

Dated this 25th day of July, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE